# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barbour, Jr., William H. | U S District Court | 08/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Senior Status | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 501 East Court Street, Suite 4.550<br>Jackson, MS 39201 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Barbour, Jr., William H.**

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 08/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 08/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Financial Institutions (liabilities of ▓▓▓ | Mortgages on Real Estate | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS AND BONDS (1 - 20) | | | | | | | | | |
| 2. -Regions Financial Corp(AmSouth) common | D | Dividend | | | Sold | 03/11/10 | M | | |
| 3. -Mobil Oil (common) | A | Dividend | J | T | | | | | |
| 4. -Belmont Lodge (common) | | None | K | W | Sold | 07/18/10 | J | | |
| 5. -Citibank Deposit Program-formerly SB Money fund | A | Interest | L | T | | | | | |
| 6. -Miss. Cap. Imp. - Bond | B | Interest | | | Sold | 11/01/10 | K | | |
| 7. -Capital World Growth and Income Fund (American funds) | B | Dividend | K | T | | | | | |
| 8. -Europacific Growth Fund (American Funds) | A | Dividend | K | T | | | | | |
| 9. -Income Fund of America (American Funds) | B | Dividend | K | T | | | | | |
| 10. -New Perspective Fund (American Funds) | A | Dividend | K | T | | | | | |
| 11. -Miss. Dev. BK - Bond | B | Interest | L | T | | | | | |
| 12. -Miss. Cap. Imp. - Bond | C | Interest | L | T | | | | | |
| 13. -USM Bldg CRP Rev. - Bond | B | Interest | L | T | | | | | |
| 14. -MS St RFDG - NTS-Bond | B | Interest | K | T | | | | | |
| 15. -Kayne Anderson Energy Total Return Fund | B | Dividend | K | T | | | | | |
| 16. -American Electric Power Co | B | Dividend | K | T | Buy | 03/25/10 | K | | |
| 17. -Kimberly Clark Corp | B | Dividend | K | T | Buy | 03/25/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Southern Co | B | Dividend | K | T | Buy | 03/25/10 | K | | |
| 19. -Templeton Global Bond Fd CL C | C | Dividend | L | T | Buy | 03/25/10 | L | | |
| 20. -MS Dev BK Spl Oblig | B | Interest | K | T | Buy | 11/02/10 | K | | |
| 21. REAL ESTATE (Items 21-26): | | | | | | | | | |
| 22. -Land #1, Yazoo County, MS | C | Rent | L | W | | | | | |
| 23. -Land #2, Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 24. -Land #2, Yazoo City, MS remaining 1/2 interest | | None | K | W | | | | | |
| 25. -RESIDENTIAL SUBDIVISION #1 (See expl. Section VIII): | | | | | | | | | (See note 25 & 26) |
| 26. -Subdiv #1: Lots 1-21 less Lots 1,2,2A,3,11,13,19,20 | | None | N | W | | | | | (See note 25 & 26) |
| 27. INDIVIDUAL RETIREMENT ACCOUNTS #1,2,3 (Items 27-55): | | | | | | | | | |
| 28. IRA Rollover Acct-Brokerage Account #1 (28-41) | | | | | | | | | |
| 29. -AT & T, Inc. (formerly Bell South)- (common) | B | Dividend | K | T | | | | | |
| 30. -American Electric Power Co., Inc. | A | Dividend | K | T | | | | | |
| 31. -Regions Financial Corp (AmSouth) (common) | C | Dividend | L | T | | | | | |
| 32. -Southern Co | A | Dividend | K | T | | | | | |
| 33. -Goldman Sachs Capital Growh Fund | A | Dividend | K | T | | | | | |
| 34. -Citibank Deposit Program | A | Interest | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Franklin Income fund | C | Dividend | J | T | | | | | |
| 36. -Legg Mason Opportunity Tr Primary Class | A | Dividend | J | T | | | | | |
| 37. -Legg Mason Value Trust | A | Dividend | J | T | | | | | |
| 38. -Lord Abbett International Core Equity Fd | A | Dividend | J | T | | | | | |
| 39. -Bank of America (common) | A | Dividend | J | T | | | | | |
| 40. -Johnson & Johnson (common) | A | Dividend | K | T | | | | | |
| 41. -Microsoft (common) | A | Dividend | J | T | | | | | |
| 42. IRA Managed Rollover-Brokerage Account #2 (42-48 ): | | | | | | | | | (See note 42-48 ) |
| 43. -American Balanced Fd CL A | C | Dividend | M | T | | | | | |
| 44. Wells Fargo Adv Asset Alloc Fd (name change from Evergreen) | D | Dividend | M | T | | | | | |
| 45. -Washington Mutual Investors Fd CL A | C | Dividend | M | T | | | | | |
| 46. -Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 47. -Wells Fargo Advantage Emerging Mkts Growth Fund | A | Dividend | L | T | Buy | 10/21/10 | L | | |
| 48. -Wells Fargo Diversified Income Builder | B | Dividend | K | T | Buy | 10/22/10 | K | | |
| 49. IRA Rollover-Brokerage Account #3 (49-63): | | | | | | | | | (See Note 49-63) |
| 50. -IShares TR S & P 500 Index Fund | A | Dividend | J | T | | | J | | |
| 51. -IShares S & P 500 Growth Index Fund | A | Dividend | L | T | | | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -IShares S & P 500 Value Index Fund | B | Dividend | L | T | | | J | | |
| 53.   -IShares TR MSCI EAFE Index Fd | A | Dividend | K | T | | | J | A | |
| 54.   -IShares Trust S & P Midcap 400 Growth Index Fd Sym: IJK | A | Dividend | K | T | | | J | A | |
| 55.   -IShares TR Russell 2000 Value Index Fd | A | Dividend | J | T | | | J | | |
| 56.   -IShares TR Russell 2000 Growth Fd Sym: IWO | A | Dividend | J | T | | | J | | |
| 57.   -IShares Trust S & P Midcap Value Index Fd | A | Dividend | J | T | | | J | | |
| 58.   -IShares MSCI Canada Index Fd | A | Dividend | J | T | Buy | 12/06/10 | J | | |
| 59.   -IShares MSCI BRIC Indexs Fd | A | Dividend | J | T | Buy | 12/06/10 | J | | |
| 60.   -IShares MSCI Germany Index Fd | A | Dividend | J | T | Buy | 12/06/10 | J | | |
| 61.   -IShares MSCI Emerging Market Index Fd | A | Dividend | J | T | Buy | 12/06/10 | J | | |
| 62.   -IShares TR S & P MidCap 400 Index Fd | A | Dividend | J | T | Buy | 05/20/10 | J | | |
| 63.   -IShares Russell 2000 Index Fd | A | Dividend | J | T | Buy | 05/20/10 | J | | |
| 64.   OIL AND GAS INTERESTS (64 - 98 ): | | | | | | | | | (See Note 64-98) |
| 65.   -#1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 66.   -#2-Sohio Pet Co., Franklin Parish, LA | | None | J | W | | | | | |
| 67.   -#3-Marathon Oil Co., Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 68.   -#4- Placid Oil Co., Warren County, MS | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -#5 Pursue Energy Corp (was Shell Oil Co) Rankin County, MS | C | Royalty | J | W | | | | | |
| 70. -#6-US Trading Co., Madison Parish & Richland Parish, LA | | None | J | W | | | | | |
| 71. -#7-McGowan Working Partners, Yazoo County, MS | A | Royalty | J | W | | | | | |
| 72. -#8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS) | | None | J | W | | | | | |
| 73. -#9-TXP Op Co., Yazoo County, MS | | None | J | W | | | | | |
| 74. -#10-Shell Western E & P, Lincoln County, MS | | None | J | W | | | | | |
| 75. -#11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |
| 76. -#12-Petro-Hunt Bovina Field, Warren Co., MS | A | Royalty | J | W | | | | | |
| 77. -#13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 78. -#14-Bruxoil, Clay Co, MS | A | Royalty | J | W | | | | | |
| 79. -#15-Chevron USA, Claiborne Parish, LA | | None | J | W | | | | | |
| 80. -#16-Coho Resources, Jasper Co, MS | | None | J | W | | | | | |
| 81. -#17-Denbury On Shore LLC (was Denbury Resources )Jasper Co | G | Royalty | L | W | | | | | Clark, Lincoln, Pike Co MS |
| 82. -#18-D & S Oil & Gas, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 83. -#19-Devon Energy, Yazoo Co, MS; Bossier Parish, LA | | None | J | W | | | | | |
| 84. -#20-EOTT Energy, Jasper & Smith Co,. MS | | None | J | W | | | | | |
| 85. -#21-Ergon, Madison & Yazoo Co., MS | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -#22-Fina Oil, Claiborne Parish, LA | | None | J | W | | | | | |
| 87. -#23-Hassie Hunt Exploration, Yazoo Co,. MS | A | Royalty | J | W | | | | | |
| 88. -#24-J.P. Oil, Linbcoln & Pike Co,MS | A | Royalty | J | W | | | | | |
| 89. -#25-McGowan Oil Working Partners, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 90. -#26-Marathon Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 91. -#27-Shell Oil Co., Pike Co., MS | A | Royalty | J | W | | | | | |
| 92. -#28-Spooner Petroleum, Jasper Co,. MS | A | Royalty | J | W | | | | | |
| 93. -#29-St Mary Land & Exploration, Claiborne Parish, LA | A | Royalty | K | W | | | | | |
| 94. -#30-Pennzenergy, Yazoo Co, MS | A | Royalty | K | W | | | | | |
| 95. -#31 Tecton Energy, LLC; Choctaw Co AL | A | Royalty | J | W | | | | | |
| 96. -#32 XTO Energy, Inc | A | Royalty | J | W | | | | | |
| 97. -#33 EOG Resources, Inc. | E | Royalty | L | W | | | | | |
| 98. -#34 EOG Resources, Inc. | B | Rent | J | W | | | | | |
| 99. LAND, Humphreys Co., MS (LLC) | | None | N | W | | | | | |
| 100. ASSETS ▓▓▓▓ (100 - 142): | | | | | | | | | (See note 100-142) |
| 101. -Residential Real Estate - Cleburne Co, AR | · | None | N | W | | | | | |
| 102. -Residential Real Estate - Shelby Co., TN | | None | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. ▓▓▓ TRUST - Brokerage Account (103 - 107): | | | | | | | | | |
| 104. -Bank Deposit Program | A | Int./Div. | K | T | | | | | |
| 105. -Capital World Growth & Income Fd CL F1-American N/L | B | Dividend | K | T | | | | | |
| 106. -Columbia Marisco Growth Fd CL A M/F | | None | K | T | | | | | |
| 107. -Washington Mutual Investors Fd CL F1-American N/L | B | Dividend | K | T | | | | | |
| 108. ▓▓▓ STOCKS & BONDS- Brokerage R Account (108 - 110 ) | | | | | | | | | |
| 109. -Bank Deposit Program | A | Interest | J | T | | | | | |
| 110. -Longleaf Partners Fund N/L | A | Dividend | J | T | | | | | |
| 111. ▓▓▓ IRA #1- Brokerage Account R (111 -124): | | | | | | | | | |
| 112. -Bank Deposit Program | A | Interest | K | T | | | | | |
| 113. -First Horizon Natl Corp | | None | J | T | | | | | |
| 114. -Enterprise Products Partners LP | B | Dividend | K | T | | | | | |
| 115. -Calamos Growth Fd CL A | | None | J | T | | | | | |
| 116. -Calamos Growth Fund CL C | | None | J | T | | | | | |
| 117. -Longleaf Partners Fd | A | Dividend | K | T | | | | | |
| 118. -Prudential Large Cap Core Equipment Fd CL A | A | Dividend | J | T | | | | | |
| 119. -GE Capital Corp MTN | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -John Hancock Life Insurance Co MTN | A | Interest | J | T | | | | | |
| 121. -Lehman Brothers Holdings, Inc. MTN ISIN | A | Interest | J | T | | | | | |
| 122. -Sears Roebuck Acceptance Corp NTS | A | Interest | J | T | | | | | |
| 123. -Health Care REIT, Inc. PFD Ser D Cum | B | Interest | K | T | | | | | |
| 124. -Public Storage, Inc. Cum Pfd | B | Interest | K | T | | | | | |
| 125 ▓▓▓ IRA #2 - Brokerage Account R (125 - 127): | | | | | | | | | |
| 126. -Bank Deposit Program | A | Interest | L | T | | | | | |
| 127. -Lord Abbett Short Duration Income Fd CL A M/F | E | Int./Div. | N | T | | | | | |
| 128 ▓▓▓ IRA #3 - Brokerage M Account (128 - 142 ): | | | | | | | | | |
| 129. -Cash & Margin | A | Interest | J | T | | | | | |
| 130. -Dodge & Cox Income | C | Int./Div. | L | T | | | | | |
| 131. -Invesco International Growth A | B | Dividend | L | T | | | | | |
| 132. -Cullen High Dividend Equity I | B | Dividend | M | T | | | | | |
| 133. -Eaton Vance Atlanta CAP SMID CAP Fund I | | None | L | T | | | | | |
| 134. -RS Value Fund | A | Dividend | L | T | | | | | |
| 135. -TCW Growth Equity I | | None | L | T | | | | | |
| 136. -Thornburg International Value Fd CL I | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 08/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Victory Focused Growth Fd A | | None | M | T | | | | | |
| 138. -Thornburg Investment Income Builder Fd I | D | Dividend | L | T | | | | | |
| 139. -FPA New Income Inc | B | Dividend | K | T | | | | | |
| 140. -FPA Crescent Fd | B | Dividend | L | T | | | | | |
| 141. -Alpha Hedged Strategies Fd Hatteras Fund | A | Dividend | L | T | | | | | |
| 142. -IVY Asset Strategy Fd CL A | | None | L | T | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VIII.

Lines 25 and 26 show the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots on Line 26. There will be no income produced by the reamining lots in inventory unless and until they are sold.

Line 42-48; This is a second IRA rollover account held at a brokerage house. It was opened after the partial sale of 1st American stock that was made in the first IRA rollover account. I have a money manager who invests this account, thus, it is designated "IRA Managed Rollover".

Lines 49 - 63- This is a third IRA account held at a brokerage house. It was opened January 2005 with a transfer of funds from IRA #2.

Lines 64 - 98 - As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing occurs, I add them to my report.

Note: I married during the first six months of 2009. During 2009 I did not have information on the assets and liabilities of ▓▓▓▓ and therefore they were not included in my 2009 FDR. ▓▓▓▓ assets(Assets 100-142) and liabilities (Section VI) are included in this 2010 FDR.

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 08/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Barbour, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544